SCWC-12-0000061

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DANA NAONE HALL,
Respondent/Plaintiff-Appellant,

vs.

DEPARTMENT OF LAND AND NATURAL RESOURCES,
BOARD OF LAND AND NATURAL RESOURCES, WILLIAM J. AILA, JR.,
in his official capacity as chairperson of the
Board of Land and Natural Resources and as the State
Historic Preservation Officer, PUAALAOKALANI AIU,
in her official capacity as administrator of the State
Historic Preservation Division, DEPARTMENT OF HEALTH,
LORETTA J. FUDDY in her official capacity as the Director
of the Department of Health, ALVIN T. ONAKA in his official
capacity as State Registrar of Vital Statistics and
Chief of the Department of Health's Office of Health
Status Monitoring, KAWAIAHAʻO CHURCH, WILLIAM HAOLE
in his official capacity as the Chair of the Board of Trustees
and Chair of the Board of Directors of Kawaiahaʻo Church,
Petitioners/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000061; CIV. NO. 09-1-1828)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.
and Circuit Judge Wilson, in place of Pollack, J., recused)

Petitioners/Defendants-Appellees Department of Land and Natural Resources, et al.'s application for writ of certiorari filed on May 16, 2013, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, June 17, 2013.

| | |
|---|---|
| David M. Louie, | /s/ Mark E. Recktenwald |
| William J. Wynhoff, | |
| and Marie Manuele Gavigan | /s/ Paula A. Nakayama |
| for petitioners | |
| Department of Land and | /s/ Simeon R. Acoba, Jr. |
| Natural Resources, et al. | |
| | /s/ Sabrina S. McKenna |
| David Kimo Frankel | |
| and David Kauila Kopper | /s/ Michael D. Wilson |
| for respondent | |
| Dana Naone Hall | |



2